RECEIVED
NOV 29 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| TRANSAMERICA LIFE INSURANCE CO. | * | CIVIL ACTION NO. 12-0681 |
| VERSUS | * | JUDGE JAMES T. TRIMBLE, JR. |
| BETTYE A. MCKINNEY and CLESI MCKINNEY NEITZ | * | MAG. JUDGE KAREN L. HAYES |
| | | (consolidated with) |
| PROTECTIVE LIFE INSURANCE CO. | * | CIVIL ACTION NO. 12-1220 |
| VERSUS | * | |
| BETTYE A. MCKINNEY and CLESI MCKINNEY NEITZ | * | |

# JUDGMENT

The Report and Recommendation (R. #52) of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the motion to dismiss for failure to state a claim upon which relief can be granted [R. #21] filed by defendant-in-counterclaim Transamerica Life Insurance Company is **GRANTED**, and that the counterclaim filed by Clesi McKinney Neitz is hereby **DISMISSED, with prejudice**. Fed.R.Civ.P. 12(b)(6).

THUS DONE AND SIGNED in chambers, Alexandria, Louisiana, this 29th day of November, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE